[No. 15003-1-I.  Division One.  February 10, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD
RAY KIRBY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84-1-01245-1, Anthony P. Wartnik, J.,
entered June 27, 1984. *Affirmed* by unpublished opinion
per Grosse, J., concurred in by Swanson, J., and Holman, J.
Pro Tem.

[No. 14691-2-I.  Division One.  February 10, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DAMASO
RISQUET-RODRIGUEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84-1-00247-2, Robert E. Dixon, J., entered
May 9, 1984. *Affirmed* by unpublished opinion per Grosse,
J., concurred in by Scholfield, C.J., and Williams, J.

[No. 14692-1-I.  Division One.  February 10, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
HERMAN ACER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83-1-03427-9, Robert E. Dixon, J., entered
May 2, 1984. *Affirmed* by unpublished opinion per Holman,
J. Pro Tem., concurred in by Swanson and Webster, JJ.